IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LLOYD T. SCHNEIDER,              ) | |
|             Plaintiff,              ) | |
| v.                                             ) | Case No. 12-CV-2235-JAR-KMH |
| CLAAS OF AMERICA, INC.,        ) | |
|             Defendant.           ) | |

**DEFENDANT CLAAS OF AMERICA, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Comes now the Defendant, Claas of America, Inc. ("COA"), and, pursuant to Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement:

1. The parent corporation of COA is Claas North America Holdings, Inc.

2. No publicly held corporation owns 10% or more of the stock of COA.

Respectfully submitted,

STINSON MORRISON HECKER LLP

By: /s/ Heather S. Woodson
     Heather S. Woodson    KS# 13513
     Jacy Hurst Moneymaker  KS# 23586
     1201 Walnut, Suite 2900
     Kansas City, MO 64106-2150
     Phone: (816) 842-8600
     Fax: (816) 691-3495
     hwoodson@stinson.com
     jmoneymaker@stinson.com

and

ICE MILLER LLP

Judy S. Okenfuss*
Jennifer M. Johnson*
One American Square, Suite 2900
Indianapolis, Indiana 46282
Phone: (317) 236-2100
Fax: (317) 236-2219
judy.okenfuss@icemiller.com
jennifer.johnson@icemiller.com

*Pro hac vice motions to be filed

ATTORNEYS FOR DEFENDANT
CLAAS OF AMERICA INC.

### CERTIFICATE OF SERVICE

I certify that on May 24th, 2012 a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system with service to be accomplished by it electronically on the following:

Mark A. Ferguson
Court T. Kennedy
GATES, SHIELDS & FERGUSON, P.A.
10990 Quivira, Suite 200
Overland Park, KS 66210-1284
MarkFerguson@GSFLegal.com
CKennedy@GSFLegal.com

ATTORNEYS FOR PLAINTIFF.

    /s/ Heather S. Woodson
Counsel for Defendant

DB04/831058.0003/6313439.1